# UNITED STATES DISTRICT COURT
## District of Minnesota

Angel Orlando Chaglla Maiza

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00681-PJS-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.
2. The Court DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).
3. Respondents must release petitioner from custody immediately.
4. If petitioner has been removed from Minnesota, respondents are ORDERED to immediately return petitioner to Minnesota.
5. Respondents are ENJOINED from withholding petitioner's personal documents and effects upon petitioner's release.
6. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 1/29/2026

KATE M. FOGARTY, CLERK